# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

JOSHUA HUMRPHEY and
JEFF DAVIS,

    Plaintiffs,

vs.                                                       NO.  05-2398 B V

CITY OF MEMPHIS and
ERIC RICHARDSON, individually,

    Defendants.

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held ~~on August 25, 2005~~.

Present were Tim W. Smith, counsel for plaintiff, and Heather Kirksey, counsel for City of

Memphis. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): September 8, 2005

JOINING PARTIES:  October 25, 2005

AMENDING PLEADINGS:  October 25, 2005

INITIAL MOTIONS TO DISMISS:  November 24, 2005

COMPLETING ALL DISCOVERY: April 25, 2006

    (a)    DOCUMENT PRODUCTION:     April 25, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR

           ADMISSIONS:     April 25, 2006

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

           (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-26-05



        INFORMATION:    February 24, 2006

  (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT

        INFORMATION:    March 24, 2006

  (3)    EXPERT WITNESS DEPOSITIONS:    April 25, 2006

        FILING DISPOSITIVE MOTIONS: May 25, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 3-5 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11 (a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*Diane K. Vescovo*
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

DATE: *August 24, 2005*

Approved for Entry:

By: _____
Heather Anne Kirksey, BPR # 20484
Assistant City Attorney
City of Memphis
125 N. Main Street, Room 336
Memphis, Tennessee 38103
901-576-6514 (office)
901-576-6524 (fax)

By: _____
Tim W. Smith , BPR # 12803
Attorney for Plaintiffs
352 Poplar View Lane East
Collierville, Tennessee 38017
901-853-5055

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02398 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Honorable J. Breen
US DISTRICT COURT